1

2

3

4

5

Rimon Hanna
302 Washington street, #335
San Diego, CA 92103
Tel; (619)808-4268
Email; RimonDylanHanna@Gmail.com

In Propria Persona

FILED

2019 JAN 14 P 1: 29

U.S. DISTRICT COURT
NEW HAVEN. CT.

6

7

8

9

10

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## CIVIL DIVISION - UNLIMITED

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RIMON HANNA,

           Plaintiff,

   vs.

American Cruise Lines, Inc.
and
DOES 1 THROUGH 10 Inclusive,

          Defendant.

Case No. 3:19 cv 74 (CSH)

**Plaintiff Complaint for:**

1- **Wrongful Termination;**
2- **Unpaid Wages;**
3- **Retaliation;**
4- **Breach of Contract;**
5- **Intentional Misrepresentation;**
6- **Negligent Misrepresentation;**
7- **Violation of CT Title 31. Labor § 31-51ii - Meal Period.**
8- **Not Paying the Final Pay at The Time of Termination**

Plaintiff Rimon Hanna (hereinafter referred to as "Plaintiff') alleges against Defendants, American Cruise Lines, Inc. (Connecticut Corporation) and DOES 1 THROUGH 10 Inclusive (collectively referred to as "Defendant" as follows;

## PRELIMINARY ALLEGATIONS

1- Plaintiff is informed and believed and thereon alleges that the Defendants were, and at all times mentioned herein is resident of the state of Connecticut.

2- Plaintiffs are informed and believe, and thereon allege, that Defendant, America Cruise Lines, Inc., is a Connecticut Corporation, conducting business in the State of Connecticut as well as cross state line and in many other state such as the state of Washington, Alaska, New York, Main, Louisiana.

3- From the inception of Plaintiff's employment by Defendants and up to the date of his termination, there existed a direct employer-employee relationship between Plaintiff and Defendants, and each of them. All facts stated in the Factual Background of this Complaint are incorporated herein by reference as are the facts concerning the Parties contractual relationship stated hereinafter.

4- Plaintiff is ignorant of the true names and capacity of the Defendants sues as Does 1 through 10, Inclusive, and therefore sues these Defendants by these fictitious names. Plaintiff will seek of the court to leave to amend this complaint to allege the true names of DOE 1 through 10, inclusive, when the true names and capacities have been ascertained.

5- Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants are in breach of some contract or is tortuously or otherwise legally responsible in some manner for the occurrences in this Complaint and for Plaintiffs damages.

6- Plaintiff is informed and believes and thereon alleges that, at all the times relevant each of the Defendants, including DOES 1 through 10, inclusive, was the agent or employee of each of the remaining Defendants and, in doing the things alleged, was acting within the scope of that agency or employee relationship and within the permission, consent and ratification of the other Defendants.

## FACTUAL BACKGROUND

7-  On or about February 2017, Plaintiff was contacted by HR of American Cruise Line asked Plaintiff to go for food tasting and interview with the corporation Executive chef Mr. Thomas Leonard on one of the its ships in Portland, Oregon.
Plaintiff successfully completed his task and was told that he will be contacted by the HR for job offer as Executive Chef for American Cruise Lines for one of its ships.

8- Plaintiff was promised by Mr. Leonard daily flat rate of $225 per day. Paid travel expenses. Having my own room, access to board facilities, GYM, internet. Full kitchen crew will be hired to assist the executive chef fulfilling his duties.
As executive chef, Plaintiff will be working about 9-10 hours a day, and could even be less based on how organize the plaintiff could be.
Plaintiff was also advised that he will have plenty of opportunity to travel and get off the ship and have lots of fun and all of his travel and living expenses will be covered.

9- Few days later, the plaintiff was contacted by the HR, confirming Mr. Leonard offer, arranging for Plaintiff to go for drug screening and few weeks later, Plaintiff started his employment for American Cruise Lines on or about March 15, 2017.

10- After the start of Plaintiff's employment, the Plaintiff noticed

(a) constant shortage of staff, Plaintiff was promises 5 chefs, Plaintiff was given only THREE chefs, TWO chefs sometimes, and only one chef between July 14-July 17.

(b) Some of the crew were exempt employee and other were hourly paid although all were working on the same ship, same working hours and same working condition. **All of the kitchen chefs including the Plaintiff were exempt** and none of

them had met the exempt categories. Plaintiff never hired, fired or trained staff, Plaintiff made no decision of menu or receipt creation. All of the menu, receipt, hiring and firing scheduling, training was done by Mr. Leonard and the HR. Plaintiff had no authority to take any Disciplinary action toward any of the staff for not completing their work timely or meeting their responsibilities according the company guideline.

(c) All of the Kitchen chefs were hired at flat rate of $135 per day and promised the same working condition as the Plaintiff and they ended up working apx15 hours per day instead of 9-10 hours per day.

(d) On few occasions when the ship reached it final destination in Jeuna-Alaska, staff will leave their uniform on the floor and leave to the airport and catch a flight to return home, saying the working condition does not match what was promised. And the compensation for the working hours is far below the minimum wage required by the law.

## FIRST CAUSE OF ACTION
### Wrongful Termination

11- Plaintiff re-alleges, and by this reference, incorporates herein, each and every allegation contained in paragraphs 1 through 10 above as though fully set forth herein.

12- On July 14, 2017, Plaintiff had two of his chefs were scheduled for vacation by the HR and Chef Thomas, and one other chef (Craig) walked out, Craig left his uniform on the floor in the middle of the night, he caught a flight to return home. Craig only worked for two weeks and decided to leave.

On his last few days, chef Craig told the Plaintiff **"this is not what I signed up for, I was promised to travel and work only 8-9 hours per day and I am getting paid $135 for 15-16 working hours per day, is not even the minimum wage, if I work in McDonalds, I will make double of what I am making here, this is not fun, its slavery".**

13- On July 14, Plaintiff lost 3 chefs and had only one chef replacement and other chef, they forgot to book his flight. Plaintiff was left with only one chef instead of 5 chefs. Plaintiff worked around the clock, Plaintiff received a phone call from his boss Mr. Leonard aske Plaintiff to be patient please, Chef Leonard also said "**I don't know what to do man? we give people jobs and they don't stay and leave like little kids. You doing a great job, please be patient.  I am sending you more chefs as soon as I can and Chelsea is flying now to you to help you**". Ms. Chelsea Hargis is the company director for the west coast.

14- Plaintiff told both Mr. Leonard and Ms. Hargis **"I was promised to work max of 9 hours a day, I am putting 16 hours every day. It's the same reason Craig left. I was promised 5 chefs, now I only have 2. We are not getting any over time and we are doing much more than what we agreed to do and while other member of the staff getting paid the over time. The accommodation condition is not what was promised"**

15- Plaintiff was told and believed that Ms. Chelsea Hargis is the boss of his boss chef Leonard. While Ms. Hargis came to help in the kitchen by making simple dishes like Salads and appetizer. Plaintiff asked Ms. Hargis if he can talk to her after the dinner service. And Plaintiff told Ms. Hargis what he told Mr. Leonard and asked to be paid for his over time.

16- On July 22, 2017 Plaintiff received a message from the Hotel Manager, Chef Tom wants you to go on vacation from tomorrow.

17- On Monday July 24, Plaintiff texted Chef Tom asking when would he returned to work, he was told **"we are going separate ways"**.

18- Plaintiff believes that his termination was wrongful unlawful, only after the Plaintiff claimed to be compensated for his over time, and his working condition, only then, he was terminated.
One week earlier, Chef Tom expressed his appreciation for the Plaintiff' dedication, hard work and sought Plaintiff's patience until locates and sends more chefs.

19- As a direct and foreseeable result of said wrongful termination, Plaintiff has suffered damages in an amount to be proven. Said damages include lost wages, and

1  Damages include unpaid wages and lost wages, and certain other incidental and
2  consequential expenses and losses pursuant to CT Title 31. Labor § 31-76 (B) and (C), and
3  Sec. § 31-69 (A), and 29 U.S. Code § 207 A. and CT Title 31. Labor § 31-72..
4  Attached, workout sheet for overtime owed to Plaintiff. See exhibits "X ", "Y "and "Z ".

5
6       ////
7
8       ////
9
10      ////
11
12      ////
13
14      ////
15
16      ////
17
18      ////
19
20      ////
21
22      ////
23
24      ////
25
26      ////
27
28      ////

EXHIBIT - X

# Executive Chef Daily Schedule of Tasks



Review breakfast prep with team, review recipes.
Begin fresh fruit display which could also include fresh fruit cups and yogurt parfaits
**6:15 AM**
Morning meeting with the HM
**6:45 AM**
Morning pre-meal
Discuss breakfast specials along with brief descriptions for lunch and dinner.
Review breakfast; ensure team is ready
**7:30 AM**
Begin lunch prep
Review the daily birthdays, anniversaries and any special needs (American Experience, etc.)
Review recipes with Sous chef not working breakfast.
Break down the days proteins
Expedite breakfast if needed
Observe and monitor breakfast
**9:00 AM**
Clean galley as if day is complete
**9:30 AM**
Review both guest and crew lunch based on matrix needs.
Review recipes for each item needed.
**10:00 AM**
Continue with daily prep for both guest and crew meals; lunch, hors d'oeuvres and dinner.
Ensure galley stewards have organized dry storage. Ensure dish area is clean, machine refilled, garbage removed, floor swept and utensils are polished.
Tally daily meal tickets, review results with chef team. Communicate all special requests.

Lunch
**11:00 AM**
Check on Crew lunch 11:45 AM
Complete lunch prep
**12:15 PM**
Lunch pre-meal with show plates
Allow stewards to taste, take photos
Taste all finished foods
Begin assembly
Pay attention to details
Clean and organize galley
**12:30 PM (Time may change if early or late lunch)**
Lunch service begins
**1:15 PM**
Lunch service has completed
Thoroughly clean galley
Discuss remaining daily prep needed with chef team, review recipes
Review lunch closing procedures with stewards.
Review Crew dinner matrix

TFL03/11/2016

**2:00 - 3:00 PM (possibly 3:30)**
Break

**Dinner**
**3:30 PM**
Continue with crew and guest hors d'oeuvres and dinner.
Review recipes
Approve next day's matrix
**4:30 PM**
Check on crew dinner
Complete hors d'oeuvres assembly
**4:45 PM**
Crew dinner
**5:15 PM**
Set up both hot/cold hors d'oeuvres
**5:30 PM**
Hors d'oeuvres completed and delivered
Assist stewards with stationary hors d'oeuvres table layout
**5:45 PM**
Finish sauces
Set up service line
Assign positions
Pay attention to details
Taste all foods
**6:15 PM**
Dinner pre-meal
Allow stewards to taste, take photos
Taste all finished foods
Fire proteins accordingly
Finish starches and vegetables
Clean and organize galley
**6:30 PM**
Dinner service
**7:10 PM**
Call Captain for dinner
Set up overnight deck hand dinners
Wrap, label and date all leftovers
Thoroughly clean cooking battery
Clean and organize walk in refrigerator
Pull freezer items if needed
Review dinner closing procedures with galley stewards. Assist if needed.
Monitor desserts to ensure not many leftover. Properly store leftover desserts.
Monitor end of day cleaning
Conduct daily closing galley audit
**8:00 PM**
Lock walk in refrigerator and freezer
Pass daily audit to the HM or AHM for completion
Depart for the day

TFL03/11/2016

**EXHIBIT - Y**

|  | Start | End | Total HRS | |
|---|---|---|---|---|
| Sunday | 5:00am | 9:00pm | 16:00 | |
| Monday | 5:00am | 10:00pm | 17:00 | inventory count after dinner service |
| Tuesday | 5:00am | 9:00pm | 16:00 | |
| Wednesday | 4:30am | 9:00pm | 16:50 | Early Breakfast - Passengers' trip to Canada |
| Thursday | 5:00am | 10:00pm | 17:00 | inventory count after dinner service |
| Friday | 5:00am | 9:00pm | 16:00 | |
| Saturday | 4:30am | 9:00pm | 16:50 | Early Breakfast - Passengers Leaving |

**Total    Weekly    Working    Hours**                    115:00:00

EXHIBIT - Z

| PAY PERIOD DATES | | DAYS | | HOURD | | TOTAL | TOTAL |
| | | DAYS | HOURS | | | EARNED | PAID |
| FROM  -  TO | HOURLY | WORKED | WORKED | | # of Reg | # of O/T | **PAID FOR** |
| | **RATE** | **DAYS** | **HOURS** | | **Hours** | **Hours** | **Reg Hrs** |
| 1 | 03/26/17 - 04/08/17 | $28 | 7 | 115 | | 40 | 75 | $1,575.00 |
| 2 | 04/09/17 - 04/22/17 | $28 | 14 | 230 | | 80 | 150 | $3,150.00 |
| 3 | 04/23/17 - 05/06/17 | $28 | 14 | 230 | | 80 | 150 | $3,150.00 |
| 4 | 05/07/17 - 05/20/17 | $28 | 14 | 230 | | 80 | 150 | $3,150.00 |
| 5 | 05/21/17 - 06/03/17 | $28 | 7 | 115 | | 40 | 75 | $1,350.00 |
| 6 | 06/04/17 - 06/17/17 | $28 | 13 | 214 | | 80 | 134 | $2,812.00 |
| 7 | 06/18/17 - 07/01/17 | $28 | 14 | 230 | | 80 | 150 | $3,150.00 |
| 8 | 07/02/17 - 07/15/17 | $28 | 14 | 230 | | 80 | 150 | $3,150.00 |
| 9 | 07/16/17 - 07/29/17 | $28 | 7 | 115 | | 40 | 75 | $1,350.00 |

**TOTAL OVER TIME OWED**

| $ O/T RATE | $ OWED FOR O/T |
|---|---|
| $42 | $3,150 |
| $42 | $6,300 |
| $42 | $6,300 |
| $42 | $3,150 |
| $42 | $6,300 |
| $42 | $6,300 |
| $42 | $5,628 |
| $42 | $6,300 |
| $42 | $6,300 |
| $42 | $3,150 |
| TOTAL OWED | $46,578 |

## THIRD CAUSE OF ACTION

### Retaliation

38- Plaintiff re-alleges and incorporates by this reference, as though fully set forth herein, paragraphs I through 37 of this Complaint.

39- Plaintiff believes that he was retaliated against and fired as a result 0f his official complaint and claim for his over time, and his working condition, only then, Plaintiff was fired. Plaintiff believes if such a claim was not made, Plaintiff would still be working for and with ACL until this day.

40- State and Federal Law, forbid employers from retaliating against their employee for discussing or disclosing his or her wages and or working condition. Plaintiff suffered discriminatory wage by asking, discussing his salary with his bosses Thomas Leonard and Chelsea Hargis, and as soon as the Plaintiff requested to be paid for his over time, Plaintiff was fired at once on the same week as soon as his ship docked in Jeanue, Alaska.

41- Plaintiff Hanna became participating in **Statutorily Protected Activity** according to the law. Defendant ACL retaliated against Plaintiff Hanna and his employment was terminated because of his overtime claim. **Adverse Employment Actions**. Once an employee has engaged in statutorily protected participation and the employer has taken "adverse employment action" against the employee. The Law prohibited employer conduct includes many traditional employment decisions, including wrongful termination and retaliation.

42- Plaintiff's set forth facts said the pleadings, constitute retaliation of unlawful termination and retaliation of his over-time claim against Defendant ACL.

43- As a direct and foreseeable result of said employment relationship, Defendants were obligated to refrain from discharging and/or refusing employment to Plaintiff. Said damages were a foreseeable result of Defendants' wrongful conduct and retaliation against the Plaintiff.

Plaintiff claims lost wages, and other incidental and consequential expenses and losses.

Plaintiff claims incurred attorney and legal fees.

Plaintiff claims such amounts as damages together with pre-judgment interest.

Plaintiff claims general damages for such mental and emotional distress. Plaintiff claims punitive and exemplary damages.

## FOURTH CAUSE OF ACTION
### Breach of Contract

44- Plaintiff re-alleges and incorporates by this reference, as though fully set forth herein, paragraphs I through 43 of this Complaint.

45- Although Plaintiff and Defendant employment relationship was at well employment, the compensation portion of it was a promise and contractual.

46- Plaintiff was promised to be paid for his travel expenses. And until the date of filing this complaint, Defendant owes Plaintiff travel expenses.

46- Plaintiff was promised his own room, while the Defendant over booked the ship and Plaintiff was forced to give up his room. Instead Plaintiff was given a bunk bed without steps and few inches from the ceiling, and sharing room with 3 (three) others.

47- Plaintiff was promised internet, there was no internet for the staff on the ship. Plaintiff was promised the use of the GYM, but he was not allowed the use of the GYM.

48- Plaintiff's agreed compensation was based on Plaintiff's working hours should not exceed 10 hours per day. Plaintiff will be assisted by 4 (four) chefs and 3 (three) dishwashers. Plaintiff was forced to work 16 hours per day and reform extra work and duties. Plaintiff didn't agree to reform said extra duties and responsibilities without being properly compensated.

49- As a direct and proximate cause of Defendants' breach of his Agreement with Plaintiff, as alleged above, Plaintiff has suffered damages in an amount to be proven at the time of trial. Plaintiff alleges unpaid wage as the time of filing his complaint.

## FIFTH CAUSE OF ACTION
### Intentional Misrepresentation

50- Plaintiff re-alleges and incorporates by this reference, as though fully set

forth herein, paragraphs I through 49 of this Complaint.

51-. When Mr. Leonard promised Plaintiff to work no more than 10 hours a day, promised Plaintiff 4 (four) chefs to assist him, promised Plaintiff his own room not bunk bed and sharing room with 4 (four) others, promised Plaintiff paid travel expenses. Plaintiff was promised the use of internet. promised Plaintiff the use of the GYM. Said the promise, he knew all of these promises to be false when he made them and intentionally defrauded Plaintiff when he made such a promise to **induce** Plaintiff to work for him.

52- At all times relevant herein, Defendants, and Does 1 through 10 inclusive, enjoyed a superior bargaining position and power over Plaintiff to the extent described herein. Thus, material terms concerning his employment were concealed and not disclosed and thereby misrepresented by Defendants and Does 1 through 10, inclusive, to said Plaintiff, as to obtain his reliance thereon.  As a result of the concealment, failure to disclose and false misrepresentation of material terms concerning Plaintiff's employment and termination, such material terms were misleading, not disclosed and concealed and thereby misrepresented by Defendants, and Does 1 through 10, inclusive, to Plaintiff.

53- Defendants and Does 1 through 10, inclusive, knew at the time that they failed to disclose, concealed and engaged in such representations, actions, conduct and inactions described herein that the same were false, misleading and untrue for the sole purpose of obtaining the benefits of Plaintiff's work and thereafter to limit said Defendants' financial obligations to Plaintiff, and other financial or economic gains, in breach of Defendants contract with and duties to Plaintiff.

54- Plaintiff **relied** of Defendant presentation, Plaintiff moved out of his apartment, sold and donated his furniture and moved to work for the Defendant with the expectation of working condition and to be compensated according to  state and federal laws and as was promised to him. Therefore, Plaintiff did not seek other employment, believing he would be treated fairly by Defendants.

55- As a proximate consequence of Defendants' wrongful acts of intentional

misrepresentation against Plaintiff, Plaintiff has suffered lost wages, emotional distress and other damages.

## SIXTH CAUSE OF ACTION

### Negligent Misrepresentation

56- Plaintiff repeats and re-alleges all the preceding paragraphs 1 through 55 herein and incorporates said paragraphs as though set forth in full in this Cause of Action.

57- At all times relevant herein, Defendants, and Does 1 through 10, inclusive, enjoyed a superior bargaining position and power over Plaintiff to the extent described herein. Thus, material terms concerning his employment were concealed and not disclosed and thereby misrepresented by Defendants and Does 1 through 10, inclusive, to Plaintiff, as to obtain his reliance thereon. As a result of the concealment, failure to disclose and false misrepresentation of material terms concerning Plaintiff's employment and termination, such material terms were misleading, not disclosed and concealed and thereby misrepresented by Defendants, and Does 1 through 10 inclusive, to Plaintiff.

58- At all times relevant herein, Defendants knew their representations were false. Defendants did intentionally make such false promises because Defendant needed the Plaintiff to work to their benefit.

59- Defendants and Does 1 through 10, inclusive, knew at the time that they failed to disclose, concealed and engaged in such representations, actions, conduct and inactions described herein that the same were false, misleading and untrue for the sole purpose of obtaining the benefits of Plaintiff's work and thereafter to limit said Defendants' financial obligations to Plaintiff, and other financial or economic gains, in breach of Defendants contract with and duties to Plaintiff.

60- As a proximate consequence of Defendants' negligent misrepresentation against Plaintiff, he has suffered lost wages, emotional distress and other damages.

## SEVENTH CAUSE OF ACTION

<u>Violation of CT Title 31. Labor § 31-51ii - Meal Period</u>

61- Plaintiff re-alleges, and by this reference, incorporates herein, each and every allegation contained in paragraphs 1 through 60 above as though fully set forth herein.

62- Defendants failed to provide the Plaintiff with 30 minutes undisturbed meal period. Defendants failed to provide the necessary number of chefs to assist meeting with guest expectation and crew daily 3 meals as well as guest daily 5 meals. Defendants kept increasing Plaintiff's duty and demanded more from Plaintiff time.

63- Defendants violated CT Title 31. Labor § 31-51ii. No person shall be required to work for seven and one-half or more consecutive hours without a period of at least thirty consecutive minutes for a meal. Such period shall be given at some time after the first two hours of work and before the last two hours.

64- As a direct and foreseeable result of Defendants violation to CT Title 31. Labor § 31-51ii, Plaintiff subjected to compensation and civil penalties imposed upon Defendants.
CT Title 31. Labor § 31-51ii, any employer who violates the provisions of this section may be subject to civil penalties in accordance with section 31-69a.

## **EIGHTS CAUSE OF ACTION**

<u>Not Paying the Final Pay Check at the Time of Termination</u>

65- Plaintiff re-alleges, and by this reference, incorporates herein, each and every allegation contained in paragraphs 1 through 64 above as though fully set forth herein.

66- Defendant intended to terminate Plaintiff's employment on July 22, 2017. On Monday 24, 2017. When Plaintiff asked his boss Mr. Leonard "when can I return to work", Mr. Leonard replied "we will depart separate ways"

67- Plaintiff didn't receive his final pay check until August 5, 2017, and until this day, the date of the filing of this complaint, Plaintiff owed travel expenses.

68- **CT 31-719 (c)** Payment of wages on termination of employment (b), whenever an employer discharges an employee, the employer shall pay the employee's wages in full not later than the business day next succeeding the date of such discharge. Defendants are subject to civil penalties in accordance with section 31-69a.

## <u>DAMAGES AND RELIEF REQUESTED</u>

**Wherefore**, Plaintiff prays for judgment against Defendant according to proof as follows:

1. For general damages;

2. For special damages;

3. Interest on compensatory damages at the legal rate from the date of injury;

5. Punitive and exemplary damages;

6. Attorney's fees when it's applicable;

7. Costs and expenses of suit incurred herein; and

8. For other just and proper relief.

Date; January 10, 2019

Submitted by, Rimon Hanna, Plaintiff in Propria Persona

EXHIBIT – A



HOME (/)   ABOUT US (/NEW-INDEX/)   NEW (/TEMPORARY/)   MANAGER
CORPORATE (/CORPORATE/)
SALES (HTTPS://CAREERS-ACL.ICIMS.COM/?
SS=1&SEARCHCATEGORY...
ONBOARD ENTERTAINMENT (/ONBOARD-ENTERTAINME...
INTERNSHIPS (/NEW-PAGE-2/)   APPLY (HTTPS://CAREERS-ACL.ICIMS.COM/...
BLOG (/BLOG/)

‹ Welcome page (https://careers-acl.icims.com/jobs/intro?in_iframe=1)

Returning Candidate?
Log back in! (https://careers-acl.icims.com/jobs/1194/hotel-service-member--server/login?
**Hotel Service Member - Server** hed=-435707838)

📍 US-AZ-Phoenix

**Job ID**  2017-1194      **# of Openings**  100      **Category**  Shipboard - Hotel Temp

## Overview

### *Fall Openings!*



American Cruise Lines is looking for enthusiastic servers to work remotely aboard its fleet of ships in the United States. We operate the newest cruise ships on rivers around the country and are always hiring happy, energetic people to join us. Most service member candidates are looking to begin a career in hospitality or are simply taking a semester off from college to save money!

*This is a unique semester-long (16 weeks) position to gain experience in the hospitality industry aboard a cruise ship.*

**The Perks**
- **Save Money** – Pay ranges from $700 to $900 per week.
- **Few Expenses** – While on the cruise ship, your accommodations and meals are all provided for you. It's a dormitory-style environment most people are comfortable with from college.
- **Travel** - We visit 28 states on our different cruises. While working with us, you will visit a number of unique towns and cities you may never have thought you would see.
  **Hospitality Experience** – This is an excellent beginning to a career in the hospitality industry and a way to build your resume with experience in food service, housekeeping, and interpersonal skills.
- **Upward Mobility** – Successful stewards may apply for full time roles in either shipboard management or corporate positions. We have room to grow for qualified and successful candidates.


**Responsibilities**

**Servers:**

- Set up and breakdown of dining room
- Serving breakfast, lunch, dinner, and cocktail hour
- Customer service
- Cleanliness of dining room
- Writing meal tickets
- Exceptional customer service
- Hotel duties as needed (assisting with housekeeping or general hotel duties)

**The Expectation:**
- **Hard work** – everyone in our organization works hard to keep guests happy. For Hotel Service Members (Stewards), that means waiting tables and responding to all requests with courtesy.
- **Long hours** – While on the ship, you live where you work. That means you have responsibilities every day, even early in the morning and late at night.
- **Commitment to Excellence** – Everything we do is for the safety, comfort and enjoyment of our guests. Every request should be handled with precision and care.

## Qualifications

If this unique travel experience is of interest, just make sure you will comply with each of these criteria and we would love to hear from you:

- You are at least 18 years old and have graduated from high school.
- You are an American citizen or legally permitted to work in the United States.
- The 12-7-16 Rule. You have to be willing to work at least 12 hours a day, 7 days a week, for 16 consecutive weeks.
- The US Coast Guard requires a pre-employment drug test that includes tests for marijuana. We are also an alcohol free company.
- You can meet moderate physical demands, including lifting, bending, climbing, and long periods of standing or walking.
- Calm under pressure and positive attitude.

**All successful candidates Must be well groomed with neat appearance and not have any major arm, hand or neck tattoos.**

Cruise To Work - Exciting Careers with American Cruise Lines (https://vimeo.com/153962962) from American Cruise Lines (https://vimeo.com/americancruiselines) on Vimeo (https://vimeo.com).











 WINNER  

## Options

Apply for this job online
(https://careers-
acl.icims.com/jobs/1194/hotel-service-
member--server/job?

Email this job to a friend
(https://careers-
mode=apply&apply_yes&in_iframe=1&hashed=-336143376)

Share this job acl.icims.com/jobs/1194/hotel-service-
member--server/referral?
in_iframe=1&hashed=-435707838)

Application FAQs (https://media.icims.com/training/CandidateFAQ/FAQ.html)

Software Powered by iCIMS

MANAGER GALLERY (/MANAGER-GALLERY/)

TEMPORARY GALLERY (/TEMPORARY-GALLERY/)   CHEF GALLERY (/CHEF-GALLERY/)

INTERN GALLERY (/INTERN-GALLERY/)   MANAGER LIFESTYLE (/MANAGER-LIFESTYLE/)

AMERICAN CRUISE LINES, 741 BOSTON POST RD SUITE 200, GUILFORD, CT, UNITED

STATES   CAREERS@AMERICANCRUISELINES.COM (MAILTO:CAREERS@AMERICANCRUISELINES.COM)

Powered by Squarespace (http://www.squarespace.com)



‹ Welcome page (https://careers-acl.icims.com/jobs/intro?in_iframe=1)

Returning Candidate?
Log back in! (https://careers-acl.icims.com/jobs/1191/hotel-service-member--housekeeper/login?
**Hotelh Servicee Menabodr Housekeeper** cam/707838)
 US-AZ-Phoenix

| Job ID | 2017-1191 | # of Openings | 100 | Category | Shipboard - Hotel Temp |

## Overview

*Fall Openings!*



American Cruise Lines is looking for enthusiastic housekeepers to work remotely aboard its fleet of ships in the United States. We operate the newest cruise ships on rivers around the country and are always hiring happy, energetic people to join us. Most service member candidates are looking to begin a career in hospitality or are simply taking a semester off from college to save money!

*This is a unique semester-long (16 weeks) position to gain experience in the hospitality industry aboard a cruise ship.*

**The Perks**
- **Save Money** – Pay ranges from $700 to $900 per week.
- **Few Expenses** – While on the cruise ship, your accommodations and meals are all provided for you. It's a dormitory-style environment most people are comfortable with from college.
- **Travel** - We visit 28 states on our different cruises. While working with us, you will visit a number of unique towns and cities you may never have thought you would see.
  **Hospitality Experience** – This is an excellent beginning to a career in the hospitality industry and a way to build your resume with experience in food service, housekeeping, and interpersonal skills.
- **Upward Mobility** – Successful stewards may apply for full time roles in either shipboard management or corporate positions. We have room to grow for qualified and successful candidates.


**Responsibilities**

Housekeepers:
- General housekeeping duties (making beds, cleaning bathrooms)Laundry
- Cleanliness of passenger cabins and public areas
- Other ship hotel tasks and restaurant tasks
- Shipboard Laundry
- Exceptional Customer Service

The Expectations:
- **Hard work** – everyone in our organization works hard to keep guests happy. For Hotel Service Members (Stewards), that means servicing staterooms and responding to all requests with courtesy.
- **Long hours** – While on the ship, you live where you work. That means you have responsibilities every day, even early in the morning and late at night.
- **Commitment to Excellence** – Everything we do is for the safety, comfort and enjoyment of our guests. Every request should be handled with precision and care

Qualifications

Qualifications

If this unique travel experience is of interest, just make sure you will comply with each of these criteria and we would love to hear from you:

- You are at least 18 years old and have graduated from high school.
- You are an American citizen or legally permitted to work in the United States.
- The 12-7-16 Rule. You have to be willing to work at least 12 hours a day, 7 days a week, for 16 consecutive weeks.
- The US Coast Guard requires a pre-employment drug test that includes tests for marijuana. We are also an alcohol free company.
- You can meet moderate physical demands, including lifting, bending, climbing, and long periods of standing or walking.
- Calm under pressure – and positive attitude.

**All successful candidates Must be well groomed with neat appearance and not have any major arm, hand or neck tattoos.**

01:05

Cruise To Work - Exciting Careers with American Cruise Lines (https://vimeo.com/153962962) from American Cruise Lines (https://vimeo.com/americancruiselines) on Vimeo (https://vimeo.com).



20
17 | T R A V V Y   A W A R D
WINNER

## Options

Apply for this job online (https://careers-acl.icims.com/jobs/1191/hotel-service-member--housekeeper/job?mode=apply&apply=yes&in_iframe=1&hashed=-336143376)

Email this job to a friend (https://careers-acl.icims.com/jobs/1191/hotel-service-member--housekeeper/referral?in_iframe=1&hashed=-435707838)

Share on your newsfeed

Application FAQs (https://media.icims.com/training/CandidateFAQ/FAQ.html)

Software Powered by iCIMS

MANAGER GALLERY (/MANAGER-GALLERY/)

TEMPORARY GALLERY (/TEMPORARY-GALLERY/)   CHEF GALLERY (/CHEF-GALLERY/)

INTERN GALLERY (/INTERN-GALLERY/)   MANAGER LIFESTYLE (/MANAGER-LIFESTYLE/)

AMERICAN CRUISE LINES, 741 BOSTON POST RD SUITE 200, GUILFORD, CT, UNITED
STATES   CAREERS@AMERICANCRUISELINES.COM (MAILTO:CAREERS@AMERICANCRUISELINES.COM)

Powered by Squarespace (http://www.squarespace.com)

 **Gmail**

Rimon Hanna <rimondylanhanna@gmail.com>

---

**Thank you**
2 messages

---

**Thomas Leonard** <thomas.leonard@americancruiselines.com>          Thu, Mar 2, 2017 at 7:32 AM
To: "RimonDylanHanna@Gmail.com" <RimonDylanHanna@gmail.com>

Good morning Chef:


Thank you joining us onboard the American Pride for an Interview and Market Basket.

You did an awesome job and should be proud. Someone from recruiting will contact you
in the very near future.


Safe Travels

Be well


**Thomas F. Leonard III C.E.C.**

Corporate Executive Chef

American Cruise Lines, Inc.

741 Boston Post Road

Guilford, Connecticut 06437

Mobile: 203-535-8006

Office: 203-453-6800 ext. 390

Fax: 203-453-0417




---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

 Gmail

Rimon Hanna <rimondylanhanna@gmail.com>

## Offer Request
2 messages

**Stephanie Larson** <acl+email+1omx-6d42f2ea30@agents.icims.com>      Mon, Mar 6, 2017 at 9:09 AM
To: RimonDylanHanna@gmail.com

Dear: RIMON

I am very pleased to offer you the position of Shipboard Executive Chef with American Cruise Lines. Your starting salary will be $225 per day with additional bonus incentives.  Your anticipated start date will be March 25th 2017.

This is a full time position which, subject to company policy, makes you eligible for such benefits as our health, vision, and dental plans, as well as the matching 401k program.

If you have specific questions about the position, please don't hesitate to call me at 1-203-453-6800. We think you have a lot to contribute and look forward to working with you.

Sincerely,

Stephanie Larson
American Cruise Lines
www.aclcareers.com
Find me on Skype: stephanie.larsonacl

**Rimon Hanna** <rimondylanhanna@gmail.com>      Mon, Mar 6, 2017 at 12:33 PM
To: Stephanie Larson <acl+email+1omx-6d42f2ea30@agents.icims.com>

Ms. Larson
I am gladly accept your offer and so excited and looking forward to joining your team.
Please check with me before making any reservation and I am not sure where will I be as of March 25. I could be in Salt Lake City, Utah or San Diego.
Kind Regards
Rimon Hanna
[Quoted text hidden]

 Gmail                              Rimon Hanna <rimondylanhanna@gmail.com>

---

## Welcome Aboard
2 messages

---

**Thomas Leonard** <thomas.leonard@americancruiselines.com>         Sat, Mar 11, 2017 at 8:02 AM
To: "RimonDylanHanna@Gmail.com" <RimonDylanHanna@gmail.com>

Chef:


Welcome to American Cruise Lines.

It was my pleasure meeting you and enjoying the meals you prepared.

I am excited about this opportunity for you and cannot wait for you to begin your new career.

I have attached a few items for you to review.

When traveling please be sure to keep all of your receipts, we will review when you board.

You will need the following items:

Non-skid Shoes

Amenities, although we do have soap, shampoo, lotion and conditioner

Knives if you choose – Pack them in your suitcase, I usually write a note stating that "I am a chef, these are my tools".

If you should have any questions, please don't hesitate to reach out to me.

Be well


**Thomas F. Leonard III C.E.C.**

Corporate Executive Chef

American Cruise Lines, Inc.

741 Boston Post Road

Guilford, Connecticut 06437

Mobile: 203-535-8006

Office: 203-453-6800 ext. 390

Fax: 203-453-0417



**Policy Form: Luggage Reimbursement**

| Policy Area: Galley Chef Team | |
|---|---|
| Title of Policy: Luggage Reimbursement | |
| Effective Date: 02/10/2015 | |

**1. Policy Format:**
This policy has been put forth due to the high cost of luggage reimbursement. We travel many employees to and from the vessels throughout the season; the reimbursement dollars are astronomical to say the least. We all need to work diligently by travelling smart in order to lower this cost.

**2. Policy Statement:**
Please be smart when you pack. Take *only* what you will need. There are laundry facilities on each vessel. Rather than over pack one piece of luggage, bring two pieces of luggage that are not as heavy. The affiliated cost is not about a second piece of luggage, it's the cost of the overweight luggage that needs to be controlled and/or eliminated. Depending on the airline the additional baggage fees are as follows:

Delta - $25.00 for first bag          $90.00 additional if luggage is over 90#
         $35.00 for second bag

American - $25.00 for first bag       $100.00 additional if luggage is over 50-100#
               $35.00 for second bag      $200.00 additional if luggage is over 100-200#
               $150.00 for third bag

There is a 2 bag limit, if you need a third piece of luggage or the bags are overweight, it will be the responsibility of the individual that is traveling and you will not get reimbursed for the additional bag or overweight bags. If charged for a carryon bag, it will become part of the policy as stated above. You will be reimbursed to the maximum of $75.00 for baggage fees.

The above statement is subject to change. Airlines control the cost for each bag as well as the cost of the overweight bags.

**3. Procedures:**
All reimbursement will need to be reviewed and/or approved by Corporate Executive Chef Tom Leonard. If the luggage reimbursement is excessive due to improper packing, the individual will be held responsible and will not be reimbursed.

EXHIBIT – B

 **Gmail**

Rimon Hanna <rimondylanhanna@gmail.com>

---

## Thank you
2 messages

---

**Thomas Leonard** <thomas.leonard@americancruiselines.com>        Thu, Mar 2, 2017 at 7:32 AM
To: "RimonDylanHanna@Gmail.com" <RimonDylanHanna@gmail.com>

Good morning Chef:

Thank you joining us onboard the American Pride for an Interview and Market Basket.

You did an awesome job and should be proud. Someone from recruiting will contact you
in the very near future.

Safe Travels

Be well

**Thomas F. Leonard III C.E.C.**

Corporate Executive Chef

American Cruise Lines, Inc.

741 Boston Post Road

Guilford, Connecticut 06437

Mobile: 203-535-8006

Office: 203-453-6800 ext. 390

Fax: 203-453-0417



---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

 **Gmail**

Rimon Hanna <rimondylanhanna@gmail.com>

---

## Offer Request
2 messages

---

**Stephanie Larson** <acl+email+1omx-6d42f2ea30@agents.icims.com>

Mon, Mar 6, 2017 at 9:09 AM

To: RimonDylanHanna@gmail.com

Dear: RIMON

I am very pleased to offer you the position of Shipboard Executive Chef with American Cruise Lines. Your starting salary will be $225 per day with additional bonus incentives.  Your anticipated start date will be March 25th 2017.

This is a full time position which, subject to company policy, makes you eligible for such benefits as our health, vision, and dental plans, as well as the matching 401k program.

If you have specific questions about the position, please don't hesitate to call me at 1-203-453-6800. We think you have a lot to contribute and look forward to working with you.

Sincerely,

Stephanie Larson
American Cruise Lines
www.aclcareers.com
Find me on Skype: stephanie.larsonacl

---

**Rimon Hanna** <rimondylanhanna@gmail.com>

Mon, Mar 6, 2017 at 12:33 PM

To: Stephanie Larson <acl+email+1omx-6d42f2ea30@agents.icims.com>

Ms. Larson
I am gladly accept your offer and so excited and looking forward to joining your team.
Please check with me before making any reservation and I am not sure where will I be as of March 25. I could be in Salt Lake City, Utah or San Diego.
Kind Regards
Rimon Hanna
[Quoted text hidden]

 Gmail                                              Rimon Hanna <rimondylanhanna@gmail.com>

---

## Welcome Aboard
2 messages

---

**Thomas Leonard** <thomas.leonard@americancruiselines.com>          Sat, Mar 11, 2017 at 8:02 AM
To: "RimonDylanHanna@Gmail.com" <RimonDylanHanna@gmail.com>

Chef:

Welcome to American Cruise Lines.

It was my pleasure meeting you and enjoying the meals you prepared.

I am excited about this opportunity for you and cannot wait for you to begin your new
career.

I have attached a few items for you to review.

When traveling please be sure to keep all of your receipts, we will review when you
board.

You will need the following items:

Non-skid Shoes

Amenities, although we do have soap, shampoo, lotion and conditioner

Knives if you choose – Pack them in your suitcase, I usually write a note stating that "I
am a chef, these are my tools".

If you should have any questions, please don't hesitate to reach out to me.

Be well


**Thomas F. Leonard III C.E.C.**

Corporate Executive Chef

American Cruise Lines, Inc.

741 Boston Post Road

Guilford, Connecticut 06437

Mobile: 203-535-8006

Office: 203-453-6800 ext. 390

Fax: 203-453-0417



**Policy Form: Luggage Reimbursement**

| Policy Area: Galley Chef Team | |
| --- | --- |
| Title of Policy: Luggage Reimbursement | |
| Effective Date: 02/10/2015 | |

**1. Policy Format:**
This policy has been put forth due to the high cost of luggage reimbursement. We travel many employees to and from the vessels throughout the season; the reimbursement dollars are astronomical to say the least. We all need to work diligently by travelling smart in order to lower this cost.

**2. Policy Statement:**
Please be smart when you pack. Take _only_ what you will need. There are laundry facilities on each vessel. Rather than over pack one piece of luggage, bring two pieces of luggage that are not as heavy. The affiliated cost is not about a second piece of luggage, it's the cost of the overweight luggage that needs to be controlled and/or eliminated. Depending on the airline the additional baggage fees are as follows:

Delta - $25.00 for first bag             $90.00 additional if luggage is over 90#
        $35.00 for second bag

American - $25.00 for first bag       $100.00 additional if luggage is over 50-100#
              $35.00 for second bag      $200.00 additional if luggage is over 100-200#
              $150.00 for third bag

There is a 2 bag limit, if you need a third piece of luggage or the bags are overweight, it will be the responsibility of the individual that is traveling and you will not get reimbursed for the additional bag or overweight bags. If charged for a carryon bag, it will become part of the policy as stated above. You will be reimbursed to the maximum of $75.00 for baggage fees.

The above statement is subject to change. Airlines control the cost for each bag as well as the cost of the overweight bags.

**3. Procedures:**
All reimbursement will need to be reviewed and/or approved by Corporate Executive Chef Tom Leonard. If the luggage reimbursement is excessive due to improper packing, the individual will be held responsible and will not be reimbursed.

**AMERICAN CRUISE LINES, INC.**
**BUSINESS TRAVEL EXPENSE REPORT**

AMERICAN CRUISE LINES INC.

| EMPLOYEE NAME: | | |
|---|---|---|
| DESCRIPTION AND BUSINESS PURPOSE OF TRAVEL: | | |
| DATE(S) OF BUSINESS TRAVEL | | |
| TOTAL REIMBURSEMENT REQUESTED | | |
| SUPERVISOR'S APPROVAL (SIGN AND DATE) | | |

Please list each expense below.
Copy each receipt for your own records
Number the receipts and attach them in order.
List the amount in the appropriate column.
Total all columns and add the column totals to arrive at the total reimbursement requested.

| | VENDOR | DESCRIPTION | AIR FARE | TRAIN FARE | CAR RENTAL | GAS | TOLLS | PARKING | MILEAGE @ 5.38 | LODGING | OTHER TRAVELS | MEALS | ENT | OTHER | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |

| Signature: | Date: |
|---|---|

TEL 03/01/2017

EXHIBIT – C

 **Gmail**

Rimon Hanna <rimondylanhanna@gmail.com>

---

## Galley Changes
1 message

---

**Thomas Leonard** <thomas.leonard@americancruiselines.com>

Wed, May 17, 2017 at 4:16 AM

To: American Spirit <spirit@americancruiselines.com>, "rimondylanhanna@gmail.com" <rimondylanhanna@gmail.com>
Cc: Bryan Grund <bryan.grund@americancruiselines.com>, Wilfredo Morales <wilfredo.morales@americancruiselines.com>, Chelsea Hargis <chelsea.hargis@americancruiselines.com>

All:

Corporate Executive Sous Chef Bryan Grund will depart the vessel on Saturday morning.

Thank you,

**Thomas F. Leonard III C.E.C.**

Corporate Executive Chef

American Cruise Lines, Inc.

741 Boston Post Road

Guilford, Connecticut 06437

Mobile: 203-535-8006

Office: 203-453-6800 ext. 390

Fax: 203-453-0417



---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

 **Gmail**                                   Rimon Hanna <rimondylanhanna@gmail.com>

## Galley Changes
1 message

**Thomas Leonard** <thomas.leonard@americancruiselines.com>           Tue, Jun 6, 2017 at 2:30 PM
To: American Spirit <spirit@americancruiselines.com>, Rimon Hanna <rimondylanhanna@gmail.com>
Cc: Matthew Caldwell <mattcald@gmail.com>, Chelsea Hargis <chelsea.hargis@americancruiselines.com>,
Bryan Grund <bryan.grund@americancruiselines.com>

All:


There will be a few changes within the Galley this week:

- On Friday Second Chef Francis Trivento will board the vessel
    - Please be sure he has a clean well stocked room upon his arrival.
- On Friday evening Chef Matthew Caldwell will depart the vessel
- On Saturday prior to departure Chef Alan Weymss will depart the vessel


Thank you,


**Thomas F. Leonard III C.E.C.**

*Corporate Executive Chef*


**American Cruise Lines, Inc.**

741 Boston Post Road

Guilford, Connecticut 06437

Mobile: 203-535-8006

Office: 203-453-6800 ext. 390

Fax: 203-453-0417

 **Gmail**                                      Rimon Hanna <rimondylanhanna@gmail.com>

## Galley Changes
5 messages

**Thomas Leonard** <thomas.leonard@americancruiselines.com>          Wed, Jul 12, 2017 at 4:11 PM
To: Rimon Hanna <rimondylanhanna@gmail.com>

Chef:

I am sending your Chef Frank – You and he did the market basket together.

I am short handed so chef said he would return early to assist you.

I am also send Terrell – he is an awesome and taleneted Chef.


Hope you are well


**Thomas F. Leonard III C.E.C.**

*Corporate Executive Chef*


**American Cruise Lines, Inc.**

741 Boston Post Road

Guilford, Connecticut 06437

Mobile: 203-535-8006

Office: 203-453-6800 ext. 390

Fax: 203-453-0417

**From:** Rimon Hanna [mailto:rimondylanhanna@gmail.com]
**Sent:** Wednesday, July 12, 2017 3:47 PM
**To:** Thomas Leonard <thomas.leonard@americancruiselines.com>
**Subject:** Galley Changes

[Quoted text hidden]

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

**Thomas Leonard** <thomas.leonard@americancruiselines.com>                Wed, Jul 12, 2017 at 5:43 PM
To: American Spirit <spirit@americancruiselines.com>, Rimon Hanna <rimondylanhanna@gmail.com>
Cc: Bryan Grund <bryan.grund@americancruiselines.com>, Chelsea Hargis
<chelsea.hargis@americancruiselines.com>

All:

There will be a few Galley Changes this coming week:

- Second Chef Terrell Sheard will board on Friday
  - Please be sure he has a clean well stocked room upon his arrival
- Executive Chef Francisco Ramirez will board on Friday to assist Executive Chef Rimon
  - Please be sure he has a clean well stocked room upon his arrival
- Second Chefs Stephane St. Pierre (trying for Friday) and Francis Trivento (Saturday) will depart the vessel
- I will book hotel rooms for both arriving Chefs on Friday night.

Thank you,

**Thomas F. Leonard III C.E.C.**

*Corporate Executive Chef*

**American Cruise Lines, Inc.**

741 Boston Post Road

Guilford, Connecticut 06437

Mobile: 203-535-8006

EXHIBIT – D

 **Gmail**

Rimon Hanna <rimondylanhanna@gmail.com>

---

## Matrix with New Recipes
1 message

---

**Thomas Leonard** <thomas.leonard@americancruiselines.com>
Mon, Jul 17, 2017 at 5:50 AM

To: American Spirit <spirit@americancruiselines.com>, Rimon Hanna <rimondylanhanna@gmail.com>
Cc: Bryan Grund <bryan.grund@americancruiselines.com>, Frank Ramirez <framirezjr24@gmail.com>,
Courtney Kelly <courtney.kelly@americancruiselines.com>, Elizabeth Brombacker
<elizabeth.brombacker@americancruiselines.com>, Paul Taiclet <Taiclet@americancruiselines.com>

All:

Attached you will find the new Matrix for the 7 22 cruise.

You will also find a revised recipe guide that is also attached, please install onto each monitor in the galley.

Please print off 4 copies for the Chefs team.

Thank you,

**Thomas F. Leonard III C.E.C.**

*Corporate Executive Chef*

**American Cruise Lines, Inc.**

741 Boston Post Road

Guilford, Connecticut 06437

Mobile: 203-535-8006

Office: 203-453-6800 ext. 390

Fax: 203-453-0417

 Gmail

Rimon Hanna <rimondylanhanna@gmail.com>

## Pre Meal
2 messages

**Thomas Leonard** <thomas.leonard@americancruiselines.com>          Wed, May 31, 2017 at 7:36 AM
To: Hendrix Muhammad <hendrixm75@gmail.com>, "mattcald@gmail.com" <mattcald@gmail.com>, Rimon Hanna <rimondylanhanna@gmail.com>, eric lahousse <e.lahousse@gmail.com>, "1davidmyoung@gmail.com" <1davidmyoung@gmail.com>, "philemon.work@outlook.com" <philemon.work@outlook.com>, "gbdubky@twc.com" <gbdubky@twc.com>, "chefpleasant@yahoo.com" <chefpleasant@yahoo.com>, "joselitojimenez85@yahoo.com" <joselitojimenez85@yahoo.com>, "framirezjr24@gmail.com" <framirezjr24@gmail.com>
Cc: Bryan Grund <bryan.grund@americancruiselines.com>, Justin Scott <justin.scott@americancruiselines.com>, Wilfredo Morales <wilfredo.morales@americancruiselines.com>, "jhaag27@yahoo.com" <jhaag27@yahoo.com>

Chefs:

Please be sure that the Pre Meal times are being adhered to.

Breakfast 7:15

Lunch 12:10

Dinner 6:10


Thanks,


**Thomas F. Leonard III C.E.C.**

*Corporate Executive Chef*


**American Cruise Lines, Inc.**

741 Boston Post Road

Guilford, Connecticut 06437

Mobile: 203-535-8006

Office: 203-453-6800 ext. 390

Fax: 203-453-0417

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

**2 attachments**

**Alaska Weekly Matrix 7 22 17.doc**
121K

**2017 Alaskan Recipe Guide.pptm**
13956K

**EXHIBIT – E**

 Gmail                                    Rimon Hanna <rimondylanhanna@gmail.com>

## Rimon Hanna's termnation

1 message

**Rimon Hanna** <rimondylanhanna@gmail.com>                     Mon, Jul 31, 2017 at 11:53 PM
To: Thomas Leonard <thomas.leonard@americancruiselines.com>

Dear Chef Tom
FYI;
- on Saturday, July 15 Two Stewarts appear to be drunk in the kitchen, Desiree fell in the floor, dropped a
try with trash all over the place and Alex whom appeared with hostile behavior. Alex said she ate not
smoke.
I reported the incident to Nico who have said "she is not high, she is just drunk, don't bring your stress on
us", this is the same day Craig walked out and my two chefs although they were paid for that day and their
flight were not till 5:00 pm, they decided not to help at 8:00 right after breakfast because they were on
vacation.
I reported the incident to Shannon whom listen from one ear and let it lose to the other.
Later on Alex came and pointed her middle finger right in my face invading my personal space.
I called Shannon and express my disappointment and told her I demand my working space to be a space
drunken free, signing and dancing free as well as respect from staff and management.
This is happened at the same time I was in the kitchen alone with Mario Galley Stewart while Dallas the
other Stewart decided to purchase his own flight to Florida walked out.

I spoke to Craig whom walked out off the ship because he was under paid and not expected to work 16
hours a day and live in a condition where some one vomited on him during his sleep from the bunk bed
because he was drunk.
I offered Craig to switch stations and work on the line or any station he wishes, he replied "You guys made
so many promises and provided working condition from hell, Craig said he was also promised his own
room and 8-10 working hours a day, as well as travel and having fun.

While being short handed and having only myself and chef T in the kitchen, Alex requested 7 Crème
Brulee, confirmed by Nico for guests. We made them and never were giving the guest but eaten by the
dinning stewards.
Nico requested 3 birthday cake. we took the time and Chef "T" made them. they stayed n the fridge for
days and were not given to the customers, they were leaking, look old and I wouldn't serve them to a dog.
on the following day in the management meeting I told Shannon that until we have a pastry chef, we can
buy better quality cake from Fred Mayer tor their birthdays, I also told her I will report it to Chef Tom to
shop around for ready made better presented cakes.
I also express that they are wasting our time while we very short handed by asking us to make food which
had never been serve.
I received nothing but rudeness and arrogance by saying it's your job, you don't know how to do your job"
by Nico and Shannon.
I suggest to have an executive chef as a manager and exempt employee, they must have the ability to
make decision, able to take disciplinary action, hire and fire and ability to instruct and provide training to the
staff, that was not the case Chef. 16 working hours without breaks from 5:00 am to 8:00 pm and twice a
week from 4:30 am and once a week until 10:00 pm for inventory and ordering.
The Chef your provided to train me, pointed a knife raising his arm telling me "get this F*** lamb in the oven
now. Chef Alan dripping sweat in the food, asking him to wash his hand was like a crime. Tim, on drugs.
Frank, goes out drinking every night and called Stephan to go find him in one of the towns because he
couldn't find his way back to the ship. this was how he fell off his bunk bed and showed up to work with
bruised face. and that's is why we had no biscuits or fried chicken for breakfast or make them to order.
Chef, I am well mannered and well educated and know how and when to talk to a people. I also know that I
have been used and abused for the benefit of ACL.

A week earlier I was ready to give up and walked out next to Craig, however promises and encouragement made me think otherwise and stayed for an extra week until Friday night and was advice to go on vacation.

Upon the arrival of Shannon, she came to the galley while Stewarts were in break, pointing at the dish area, and without any reason or notice "saying what is that shit, you don't know how to manage your staff, you don't know how to do your job" I left the Galley and went to report the incident to the captain. even Stephan said "she was far out of

order". Later on and after the service, she asked to go for a walk and apologized by saying " I am so sorry, I was out of line".

Thank you Chef
Rimon Hanna

EXHIBIT — F



PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

2146538566      1   ALASKA AIRLINES

PASSENGER RECEIPT 1 OF 1
22JUL17  11030003              US

ALASKA AIRLINES

JNU SNC          /JUNEAU  AK      HANNA/RIMON

HANNA/RIMON
***NOT VALID FOR ***RETAIN THIS RECEIPT***        JUNEAU              AK
***TRANSPORTATION  ***THROUGHOUT YOUR JOURNEY*    AS 176  6 22JUL   SAS02/OGO
BAGFEE-25-25                                       SEATTLE TACOMA
                                    IMSO2N/AS
FARE CALCULATION
JNU AS SEA50.00SAS02/OGO 50.00END                 NOT VALID FOR TRAVEL
                                                  027 2146538566 0
FARE
USD    50.00

TAX                  0271458205404|5|        027 2146538566 0
TAX
USD    50.00

 **DELTA**

PASSENGER RECEIPT        OO    EXCESS BAGGAGE
05JUN17 0066             US         TICKET
DL/CS          SAN FTO

HANNA/RIMON
**NOT VALID FOR**                              THIS IS YOUR RECEIPT
**TRANSPORTATION**
                         PSGR TICKET 0068669074901

SAN DL SEA
PIECE   25.00                              G8FQL3 /DL      NON REFUNDABLE/
EBC     25.00                                              NO CHANGES/NON TR
                                                           ANSFERABLE/NOT
                                                           VALID FOR TRAVEL

USD    25.00             VIXXXXXXXXXXXXX6375/  53726D      NOT VALID FOR TRAVEL
                  1

   USD25.00             0  006 8241549365 3       0  006 8241549365 3

---

DO NOT WRITE  4100-3900-5660-6375  ABOVE THIS LINE

Rimon Hanna                                    ↑ PLEASE DO NOT WRITE ABOVE THIS LINE ↑
302 Washington St          EXPIRATION    | QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT |
$335                    ☐ DATE CHECKED    |      |       | Taxi Fare From | | 10 00 |
San Diego, CA 92103                       |      |       | Airport To |  |  |
   Tel 619-808-4268                       |      |       | DownTown |  |  |
exp. Date 12/20 Sec # 350   DATE 6/5/2017  AUTHORIZATION | SUB TOTAL |  |
SIGN HERE                   REFERENCE NO.          SERVER | TAX |  |
X                           ID-FOLIO/CHECK NO./LIC.NO. STATE  REG/DEPT  CLERK | TIP |  |
                                                    8080713         | MISC. |  |
The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL | TOTAL | 10 00 |
upon proper presentation. I promise to pay such TOTAL (together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.

SALES SLIP ORIGINAL

---

Famiglia
Register#: 1
Time: 11:38am

[Seat 1]                           $6.59
1 Spinach Stromb
Subtotal:                          $6.59
Tax::                              $0.56
                                   $7.15
                        $7 . 15
                                   $7.15

Visa

Thanks for Dining with us.
Have a Great Day!

To Find a List of Our Location.
Pleas, vis t Our Web Site
WWW. th sFamiglia.com

Your ride with Geoffrey on May 27

**Lyft Ride Receipt <no-reply@lyftmail.com>**

Mon 7/10/2017 9:05 AM

To:rimonhanna@live.com <rimonhanna@live.com>;



### Ride Cost Confirmed

We reviewed your ride cost and found that the cost was correctly calculated. No change was made to your final total. If you have questions, please contact us.



## Thanks for riding with Geoffrey!

May 27, 2017 at 7:23 AM

### Ride Details

| | |
|---|---|
| Line fare (19.91mi, 30m 24s) | $41.34 |
| Lyft Line Discount | -$7.44 |
| Tip | $2.00 |
| MasterCard *9048 | **$35.90** |



- ● **Pickup**   7:23 AM
  6657 Seaview Ave NW, Seattle, WA

- ● **Dropoff**   7:54 AM
  Air Cargo Rd, SeaTac, WA



# Make expensing business rides easy

Enable business profile on Lyft to make
expensing rides quick and easy.

Get Business Profile

⊕  Tip driver

Q  Find lost item

⊘  Request review

To protect against unauthorized behavior, you may see an authorization hold up to $25.
This is to verify your payment method and will not be charged.

# Your ride with Padam on July 22

Lyft Ride Receipt <no-reply@lyftmail.com>

Sat 7/22/2017 2:38 PM

To:rimonhanna@live.com <rimonhanna@live.com>;





## Thanks for riding with Padam!

July 22, 2017 at 2:44 PM

### Ride Details

| | |
|---|---|
| Base fare | $0.45 |
| 53m 7s | $5.84 |
| 49.00 mi | $46.54 |
| Service fee | $2.25 |
| SLC Airport - Airport Fee | $1.13 |



| | |
|---|---|
| MasterCard *9048 | **$56.21** |





- **Pickup**    2:44 PM
  2224-3798 N Terminal Dr, Salt Lake City, UT

- **Stop**    3:37 PM
  430 S 520 E, Orem, UT

- **Dropoff**    3:37 PM
  430 S 520 E, Orem, UT



# Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

Get Business Profile

⊕ Tip driver

🔍 Find lost item

⦿ Request review

Pricing FAQ · Help Center

Receipt #1024142869104302804

Map data © OpenStreetMap contributors

