# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

RIMON HANNA,

    Plaintiff

V.                                                                                                                        3:19-CV-00074-CSH

AMERICAN CRUISE LINES, INC,
DOES,

    Defendants

## JUDGMENT

This matter came on for consideration on the cross motions for summary judgment (Doc. # 35 and Doc. # 39) before the Honorable Charles S. Haight, Jr., United States District Judge. The Court reviewed all papers filed in conjunction with the motions for summary judgment and on April 27, 2022, entered a ruling granting the Defendant's motion (Doc. #35), denying the Plaintiff's motion (Doc. #39), and dismissing the second amended complaint (Doc. #24) with prejudice. The claims against the Doe Defendants (Does 1 through 10) were dismissed by the Court's ruling on April 27, 2022. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendant, AMERICAN CRUISE LINES, INC, dismissing the second amended complaint with prejudice, and the case is closed.

Dated at New Haven, Connecticut, this 28th day of April 2022.

                                                                                                        DINAH MILTON KILLEY, Clerk

                                                                                                        By:   /s/ Julia Reis
                                                                                                        Deputy Clerk

EOD: 4/28/22